UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DEIULEMAR COMPAGNIA
DI NAVIGAZIONE SPA

                                Plaintiff,                  07 CV

-v-

                                                                **STATEMENT PURSUANT**
                                                                 **TO F.R.C.P 7.1**

OVERSEAS WORLDWIDE HOLDING GROUP,
GULF OVERSEAS GENERAL TRADING LLC,
GULF OVERSEAS LLC, OVERSEAS SHIPPING
AGENCIES, MOS OVERSEAS SHIPPING
VERMITTLUNG GMBH, MAJDPOUR BROS
CUSTOMS CLEARANCE, MAJDPOUR BROS
INTERNATIONAL SEA & LAND TRANSPORT
S.A., and BORU INTERNATIONAL FREIGHT
FORWARDING,
                                   Defendants.
-------------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, DEIULEMAR COMPAGNIA DI NAVIGAZIONE S.P.A., certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
         June 1, 2007

                                                  CHALOS, O'CONNOR & DUFFY, L.L.P.
                                                  Attorneys for Plaintiff
                                                  DEIULEMAR COMPAGNIA DI
                                                  NAVIGAZIONE, S.P.A.

                     By:      _____
                                                  George M. Chalos (GC-8693)
                                                  366 Main Street
                                                  Port Washington, New York 11050
                                                  Tel: (516) 767-3600
                                                  Fax: (516) 767-3605
                                                  Email: gmc@codus-law.com