```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
DEIULEMAR COMPAGNIA DI
NAVIGAZIONE, SPA,

                    Plaintiff,            07 Civ. 4655 (DAB)
         -against-                              ORDER

OVERSEAS WORLDWIDE HOLDING
GROUP, et al.,

                    Defendants.
----------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 4, 2008

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Plaintiff's letter, dated February 27, 2008, requesting that the above-captioned action be placed on the suspense docket.

Pursuant to Rule 20 of the Rules for the Division of Business among District Judges of the Southern District of New York, which provides that "[a] civil case which, for reasons beyond the control of the court, can neither be tried nor otherwise terminated shall be transferred to the suspense docket . . . ." IT IS HEREBY ORDERED THAT the Clerk of Court shall transfer this case to the suspense docket until and unless the case, pursuant to Rule 20 of the Rules for the Division of Business among District Judges of the Southern District of New York, properly may be reassigned to this Court.

SO ORDERED.

Dated:   New York, New York
         March 3, 2008

                                          *Deborah A. Batts*
                                          DEBORAH A. BATTS
                                          United States District Judge