BATTS, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Apr 4, 2008

Michael O. Hardison
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Non-Party TOM Shipping
Vermittlung GmbH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA,

                        Plaintiff,

   -against-

OVERSEAS WORLDWIDE HOLDING GROUP,
GULF OVERSEAS GENERAL TRADING, LLC,        07 Civ. 4655 (DAB)
GULF OVERSEAS, LLC,                                    ECF CASE
OVERSEAS SHIPPING AGENCIES,
MOS OVERSEAS SHIPPING VERMITTLUNG GMBH,
MAJDPOUR BROS. INTERNATIONAL SEA &
LAND TRANSPORT S.A., and
BORU INTERNATIONAL FREIGHT FORWARDING,

                        Defendants.
----------------------------------------------------------------------x

**ORDER TO SHOW CAUSE
WHY AN ORDER VACATING AN ATTACHMENT
OF A NON-PARTY'S PROPERTY SHOULD NOT BE GRANTED**

     Upon the annexed Declaration of Michael O. Hardison, Esq., dated April 4, 2008

("Hardison Declaration"), the accompanying Declaration of Assadollah Rahimzadeh dated

April 4, 2008 ("Rahimzadeh Declaration"), and the accompanying Memorandum of Law

dated April 4, 2008, it is

ORDERED, that Plaintiff Deiulemar Compagnia Di Navigazione SpA show cause before the Honorable Deborah A. Batts, in Courtroom 24B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on the __15th__ day of April 2008, at __11__ o'clock in the __fore__ noon of that day or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to the provisions of Rule E(4)(f) of the Supplemental Rules For Admiralty Or Maritime Claims and case law cited in the accompanying Memorandum of Law; and it is further

ORDERED, that service of a copy of this Order, the annexed Hardison Declaration, the accompanying Rahimzadeh Declaration and the accompanying Memorandum of Law upon counsel for Plaintiff by Federal Express on or before April __7__ 2008, shall be deemed good and sufficient service and notice of this Order and the proceedings to be held pursuant to this Order; and it is further

ORDERED, that answering papers, ~~if any~~, shall be served upon Eaton & Van Winkle LLP, 3 Park Avenue, New York, New York 10016, Attn: Michael O. Hardison, Esq., and filed with the Court, with a copy to Chambers, together with proof of service so as to be received and filed no later than 12:00 noon on ~~the day prior to the hearing date as set forth above~~ April 11, 2008.

Dated: New York, New York
       April __4__ 2008

_____
          U.S.D.J.