Michael O. Hardison
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Non-Party TOM Shipping
Vermittlung GmbH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA,

        Plaintiff,

 -against-

OVERSEAS WORLDWIDE HOLDING GROUP,
GULF OVERSEAS GENERAL TRADING, LLC,    07 Civ. 4655 (DAB)
GULF OVERSEAS, LLC,             ECF CASE
OVERSEAS SHIPPING AGENCIES,
MOS OVERSEAS SHIPPING VERMITTLUNG GMBH,
MAJDPOUR BROS. INTERNATIONAL SEA &
LAND TRANSPORT S.A., and           **RULE 7.1 STATEMENT**
BORU INTERNATIONAL FREIGHT FORWARDING,

        Defendants.
-----------------------------------------------------------------x

  Pursuant to the provisions of Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are the corporate parents, subsidiaries, or affiliates of such parties which are publicly held in the United States:

               **NONE**

Dated: New York, New York
      April 8, 2008

                         EATON & VAN WINKLE LLP

                    By:    /s/ Michael O. Hardison
                              Michael O. Hardison

                         3 Park Avenue
                         New York, New York 10016-2078
                         (212) 779-9910

                         Attorneys for Non-Party
                         TOM Shipping Vermittlung GmbH