

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DEIULEMAR COMPAGNIA
DI NAVIGAZIONE SPA

                        Plaintiff,

-v-

OVERSEAS WORLDWIDE HOLDING GROUP,
GULF OVERSEAS GENERAL TRADING LLC,
GULF OVERSEAS LLC, OVERSEAS SHIPPING
AGENCIES, MOS OVERSEAS SHIPPING
VERMITTLUNG GMBH, MAJDPOUR BROS
CUSTOMS CLEARANCE, MAJDPOUR BROS
INTERNATIONAL SEA & LAND TRANSPORT
S.A., BORU INTERNATIONAL FREIGHT
FORWARDING, and TOM SHIPPING
VERMITTLUNG GMBH,

                        Defendants.
------------------------------------------------------------x

07 CV 4655 (DAB)

**ORDER APPOINTING A
SPECIAL PROCESS SERVER**



    An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

    NOW, on reading and filing the declaration of George M. Chalos, Esq., sworn to the 9th day of April, 2008, and good cause having been shown, it is hereby

    **ORDERED**, that any associate, agent or paralegal of CHALOS, O'CONNOR & DUFFY, L.L.P., who is over the age of 18 and is not a party to this action, be and is hereby appointed, in addition to the United States Marshal, to serve the First Amended Process of Maritime Attachment and Garnishment and First Amended Verified Complaint upon garnishee(s) listed in the Order, together with any other garnishee(s) who, based upon information developed subsequent hereto by the plaintiff, may hold assets for or on account of the defendants; and,

    **IT IS FURTHER ORDERED**, that in order to avoid the need to repetitively serve the garnishee(s)/banking institutions continuously throughout the day, any copy of the First Amended Process of Maritime Attachment and Garnishment that is served on any of the garnishees herein is deemed effective and continuous throughout any given day.

Dated: New York, New York
        April 10, 2008

SO ORDERED:

_Deborah A. Batts_
U.S.D.J.