UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DEIULEMAR COMPAGNIA DI
NAVIGAZIONE SPA,

                            Plaintiff,                                07 CV 4655 (DAB)

-v-

OVERSEAS WORLDWIDE HOLDING GROUP, GULF
OVERSEAS GENERAL TRADING LLC, GULF OVERSEAS
LLC, OVERSEAS SHIPPING AGENCIES, MOS OVERSEAS
SHIPPING VERMITTLUNG GMBH, MAJDPOUR BROS
CUSTOMS CLEARANCE, MAJDPOUR BROS
INTERNATIONAL SEA & LAND TRANSPORT S.A.,
and BORU INTERNATIONAL FREIGHT FORWARDING,

                            Defendants.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM AFFILIATION & ADDRESS

**PLEASE TAKE NOTICE** that counsel for Plaintiff, DEIULEMAR COMPAGNIA DI NAVIGAZIONE SPA, formerly a Member of the firm, Chalos, O'Connor & Duffy, LLP, has changed his firm affiliation and address, and provides the Court and all counsel of record with the following updated contact details:

        Chalos & Co, P.C.
        123 South Street
        Oyster Bay, NY 11771
        Tel:  + 1 516 714 4300
        Fax:  +1 866 702 4577
        Email:  gmc@chaloslaw.com

The new email address for the undersigned is gmc@chaloslaw.com.

Dated: Oyster Bay, New York        Respectfully submitted,
       July 16, 2008

                                      s/George M. Chalos____
                                      CHALOS & CO, P.C.
                                      123 South Street
                                      Oyster Bay, NY 11771
                                      Ph:     516-714 4300
                                      Fax:    866-702-4577
                                      Email: gmc@chaloslaw.com